**Order entered June 9, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00113-CR**

**DAVION VAN QUINN SCOTT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F20-75064-R**

**ORDER**

Before the Court is appellant's June 8, 2022 motion for an extension of time to file his brief until July 9, 2022. Because we previously ordered appellant's brief due on July 11, 2022, we **DENY** the motion as moot.

/s/    LANA MYERS
        JUSTICE